**IN THE UNITED STATES DISTRICT COURT**
**THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| PLAINTIFF, | NO. 4:17-CR-00059-001 |
| v. | |
| MARGARET MORSE, | |
| DEFENDANT. | |

# ORDER

Upon the United States' Motion for Restitution Victim Name Change, the court concludes that the motion should be **granted**. THIS COURT ORDERS that "Joseph Harris" shall be substituted for the defunct victim "Fire Protection Solutions" as the successor-in-interest entitled to receive restitution in the amount of **$162,472.33** pursuant to the judgment entered in this case on April 13, 2018 (Dkt. 17). The Clerk of Court shall send all payments for this victim to Joseph Harris, 199 Mountain Hill Road, Fortson, GA 31808.

SO ORDERED, this 24th day of September, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA